**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:
Dante A. Leone,                                            Case No. 16-16776-LMI
                                                           Chapter 7

_____/

***EXPARTE***
**MOTION FOR EXTENSION OF TIME TO FILE**
**PAYMENT ADVICES**

COMES NOW, Dante A. Leone, by and through the undersigned counsel and files this Motion for Extension of Time to File Payment Advices, and states as follows:

1. On May 10, 2016 Debtor filed his Petition for Chapter 7 Bankruptcy relief.

2. Debtor's, Payment Advices are due to be filed on May 24, 2016.

3. Debtor has been unavailable to meet with his undersigned counsel to prepare the required schedules.

4. Debtor's 341 Meeting of Creditors has been set by the Clerk.

5. Debtor requests an additional seven (7) days in which to file the payment advices.

WHEREFORE, Debtor, Dante A. Leone, respectfully requests that this honorable court grant his Motion for Extension to File Payment Advices.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of this Motion for Extension of Time to File, Plan Schedules, Statement of Current Monthly Income and Payment Advices was served on all parties listed below this  24th      day of May, 2016.

Office of the U.S. Trustee
51 S.W. First Ave.,12th Floor
Miami, FL 33130-1669

Ross Hartog, Trustee
9130 S Dadeland Blvd., #1800
Miami, FL 33156

                                      Submitted By:
                                      ROBERT SANCHEZ, P.A.
                                      Attorney for Debtor(s)
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel.:  305-687-8008
                                      Fax:  305-821-1056

                                      By:    /s/ Robert Sanchez
                                          ROBERT SANCHEZ, Esq.
                                          Florida Bar No. 0442161